**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KOI WOOTEN-SOJER, an individual d/b/a "Snap 'N U Photos",

Plaintiff,

v.

USA TODAY CO., INC., a Delaware corporation; GANNETT SATELLITE INFORMATION NETWORK, LLC d/b/a USA TODAY, a Delaware limited liability company; and DOES 1-10, inclusive,

Defendants.

Case No.: 1:26-cv-04961-LJL

**~~[PROPOSED]~~ JUDGEMENT**

WHEREAS, on September 11, 2026, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants, USA Today Co., Inc. and Gannett Satellite Information Network, LLC ("Defendants"), served upon Plaintiff Koi Wooten-Sojer ("Plaintiff") an Offer of Judgment, offering to allow judgment to be taken against Defendants and in favor of Plaintiff in this action in the total amount of $10,000.00, inclusive of all costs of suit, attorneys' fees, interest, and any other award or relief otherwise potentially recoverable in this action (the "Offer");

WHEREAS, on September 18, 2026, within fourteen (14) days after service of the Offer, Plaintiff served upon Defendant written notice accepting the Offer in accordance with Fed. R. Civ. P. 68(a);

WHEREAS, on September 22, 2026, Plaintiff filed with the Clerk of this Court the Offer, Plaintiff's Notice of Acceptance, and proof of service of each, in accordance with Fed. R. Civ. P. 68(a) [ECF No. 25];

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be, and hereby is, entered in favor of Plaintiff Koi Wooten-Sojer and against Defendants USA Today Co., Inc. and Gannett Satellite Information Network, LLC, in the total sum of

$10,000.00, inclusive of all costs of suit, attorneys' fees, and interest accrued as of the date of the Offer; and it is further

ORDERED, ADJUDGED, AND DECREED that this action be, and hereby is, dismissed with prejudice, and the Clerk of Court is directed to close this case.

Dated: New York, New York
September 22, 2026

**ENTERED:**

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

October 1, 2026